*Batson*[2] challenge; Scott also argues her attorney was not effective at trial.

We cannot say, based upon our careful review of the record Scott has provided to us on appeal, that the court committed any prejudicial abuse of discretion in its evidentiary rulings. Further, we find no abuse of discretion in the court's decisions regarding questions posed by the jury, and no clear error in its finding that a black juror was not struck for impermissible reasons. Finally, we note that Scott has no constitutional or statutory right to the effective assistance of counsel in a civil trial. *Taylor v. Dickel*, 293 F.3d 427, 431 (8th Cir.2002).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Daniel Dettlaff appeals the district court's[1] order granting summary judgment to The Education Resources Institute, Inc. (TERI), and dismissing his counterclaim, in TERI's action for repayment of a defaulted student loan. After careful de novo review of the record, *see Rabushka v. Crane Co.*, 122 F.3d 559, 562 (8th Cir.1997), *cert. denied*, 523 U.S. 1040, 118 S.Ct. 1336, 140 L.Ed.2d 498 (1998), we find no basis for reversal.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

The EDUCATION RESOURCES INSTITUTE, INC., Appellee,

v.

Daniel A. DETTLAFF, Appellant.

No. 02–2672.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 6, 2003.

Decided Jan. 15, 2003.

UNITED STATES of America, Appellee,

v.

Terrell E. NEWMAN, Appellant.

No. 02–2525.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 7, 2003.

Decided Jan. 15, 2003.

**2.** *Batson v. Kentucky,* 476 U.S. 79, 96–98, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).

**1.** The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.